

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00014-CV

---

EVERHOME MORTGAGE COMPANY, Appellant

V.

CAROLINE KING A/K/A CAROLINE WILSON, Appellee

---

On Appeal from the 62nd District Court
Lamar County, Texas
Trial Court No. 80296

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

EverBank, as successor by merger of EverHome Mortgage Company, appellant, and Caroline King, aka Caroline Wilson, appellee, have filed with this Court a joint motion to dismiss the pending appeal in this matter. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and, in the absence of a controversy, the appeal is moot. *See* TEX. R. APP. P. 42.1(a)(2).

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:     June 25, 2013
Date Decided:       June 26, 2013